# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

132062
(45)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ANGELA GAWLOWSKI,
        Plaintiff-Appellee,

v

                                         SC: 132062
                                         COA: 270011
                                         Wayne CC: 04-464946-DP

KENNETH O KEITH BOYER,
        Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's November 29, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk